UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Patrick Walsh</u>

       v.                                  Civil No. 08-cv-327-JL

<u>State of New Hampshire et al</u>

O R D E R

    I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated February 5, 2009, no objection having been filed.

    SO ORDERED.

March 17, 2009                                  _____
                                                     Joseph N. Laplante
                                                     United States District Judge

cc:     Patrick Walsh, Pro se